IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ORLANDO TATE, #180664, ) | |
| a/k/a MARCUS ORLANDO TAITE, ) | |
| a/k/a DR. EJIJAH J. MUHAMMED, II, ) | |
| a/k/a DREJIAH JOSHUA MUHAMMAD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v.  ) | CIVIL ACTION NO.  2:09cv221-TMH |
| ) | (WO) |
| JUDGE CHARLES PRICE, *et al*., ) | |
| ) | |
| Respondents. ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court that judgment be and is hereby entered in favor of the respondents and against the petitioner and that this case be and is hereby DISMISSED.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Done this the 16th day of April 2009.

/s/ Truman M. Hobbs

_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE