IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS ORLANDO TATE, #180664, ) <br> a/k/a/ MARCUS ORLANDO TAITE, ) <br> a/k/a/ DR. ELIJAH J. MUHAMMED, II, ) <br> a/k/a/ DRELIJAH JOSHUA ) <br> MUHAMMAD, ) <br> ) <br>     Petitioner, ) <br> ) <br> v. ) <br> ) <br> ) <br> JUDGE CHARLES PRICE, et al., ) <br> ) <br>     Respondents. ) | CIVIL ACTION NO. 2:09-CV-221-TMH <br> [WO] |

ORDER

Upon consideration of the petitioner's motion for reconsideration of judgment, and opinion and order (doc. # 6), it is

ORDERED that the motion be and is hereby DENIED.

Done this 20th day of May, 2009.

/s/ Truman M. Hobbs
_____
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE